Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  NJ Affordable Homes Corp.
Debtor

                                                      Case No.: 05−60442−DHS
                                                      Chapter 7

Charles M. Forman
Plaintiff

v.

John P. Micera & Monica Micera, Co Trustees
Defendant

Adv. Proc. No. 06−02772−DHS                      Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on July 19, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 62 − 58
Opinion (related document:[58] Motion re: MOTION TO DISMISS filed by Defendant Dudley Christie).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 7/18/2007 (zlh, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 19, 2007
JJW: zlh

                                                      James J. Waldron
                                                      Clerk